UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ORANGE LAKE COUNTRY CLUB,
INC. and WILSON RESORT
FINANCE, L.L.C.,**

        **Plaintiffs,**

v.                                                                          Case No:  6:17-cv-1542-Orl-31DCI

**REED HEIN & ASSOCIATES, LLC,
SCHROETER GOLDMARK &
BENDER, P.S. and MITCHELL REED
SUSSMAN,**

        **Defendants.**

_____

## SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

| | | |
|---|---|---|
| **Disclosure of Expert Reports** | **Plaintiff:**<br>**Defendant:**<br>**Rebuttal:** | **FEBRUARY 4, 2019**<br>**FEBRUARY 4, 2019**<br>None |
| **Discovery Deadline** | | **MARCH 1, 2019** |
| **Dispositive Motions**<br>*The parties will be advised if paper copies of exhibits in support of motions will be required.* | | **APRIL 1, 2019** |
| ***Daubert* Motions**<br>*The parties will be advised if paper copies of exhibits in support of motions will be required.* | | **MAY 3, 2019** |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | | **JUNE 3, 2019** |
| **Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form (emailed to chambers\_FLMD\_Presnell@flmd.uscourts.gov in Microsoft Word® format)), Voir Dire Questions, Witness Lists, Exhibit Lists on Approved form** | | **JUNE 11, 2019** |
| **All Other Motions Including Motions *In Limine*[1]** | | **JUNE 25, 2019** |

---

[1] Absent leave of court, each party is limited to filing a <u>single</u> Omnibus Motion *in limine*, which shall not exceed 25 pages.

| | | |
|---|---:|---:|
| **Final Pretrial Conference** | Date:<br>Time:<br>Judge: | JULY 11, 2019<br>1:30 PM<br>**Judge Gregory A. Presnell** |
| **Trial Briefs and Color-Coded Deposition Designations** | | JULY 29, 2019 |
| **Trial Term Begins** | | AUGUST 5, 2019<br>At 9:15 AM |
| **Estimated Length of Trial** | | 10 days |
| **Jury/Non-Jury** | | Jury |
| **Mediation** | Deadline:<br>Mediator:<br>Address: | APRIL 1, 2019<br>Rodney A. Max<br>125 S Palmetto Ave<br>Daytona Beach, FL 32114 |
| The parties have 14 days from the date of this Order within which to object to a Court-appointed mediator and present a STIPULATED substitute mediator. | Telephone: | (386) 253-1560 |
| **Designated Lead Counsel**<br>    Pursuant to Local Rule 9.04(a)(3) | Attorney Name: | Jeffrey A. Backman |
| **Lead Counsel Telephone Number** | Telephone Number: | (407) 425-6559 |
| **Other Matters:** | | |

**DONE AND ORDERED** at Orlando, Florida, August 15, 2018.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:   United States Magistrate Judge
             All Counsel of Record
             All *Pro Se* Parties