UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ORANGE LAKE COUNTRY CLUB,
INC. and WILSON RESORT FINANCE,
L.L.C.,**

        **Plaintiffs,**

v.                                                Case No: 6:17-cv-1542-Orl-31DCI

**REED HEIN & ASSOCIATES, LLC,
SCHROETER GOLDMARK &
BENDER, P.S., MITCHELL REED
SUSSMAN, BRANDON REED,
TREVOR HEIN and THOMAS
PARENTEAU,**

        **Defendants.**

## ORDER

This cause comes before the Court for consideration following oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS FOR REFUSAL TO COMPLY WITH DISCOVERY ORDER [DE 103] AND TO COMPEL RESPONSES FROM DEFENDANT MITCHELL REED SUSSMAN D/B/A MITCHELL REED SUSSMAN & ASSOCIATES (Doc. 180)** |
| **FILED:** | **September 11, 2018** |

**THEREON** it is **ORDERED** that the motion is **GRANTED in part**.

On September 11, 2018, Plaintiffs filed a motion for discovery sanctions and to compel responses (the Motion) from Defendant Mitchell Reed Sussman d/b/a Mitchell Reed Sussman & Associates (Sussman). Doc. 180. On September 24, 2018, Defendant filed a response to the

Motion. Doc. 190. On September 26, 2018, the Court held a hearing on the Motion and heard arguments of counsel. *See* Doc. 181.

For the reasons stated on the record, the Court finds that the Motion is due to be granted to the extent it seeks an order compelling Sussman to comply with this Court's Prior Order (Doc. 103) and to the extent it seeks reasonable expenses, including attorney fees, pursuant to Federal Rule of Civil Procedure 37(b)(2)(C).[1] The Court does not find that additional sanctions are appropriate at this time.

Accordingly, it is **ORDERED** that the Motion (Doc. 180) is **GRANTED in part**. On or before **October 1, 2018**, Sussman shall comply with the Court's Prior Order (Doc. 103). In addition, Plaintiffs are entitled to their reasonable expenses, including attorney fees, incurred in making the Motion. The Motion (Doc. 180) is otherwise **DENIED**.

With regard to Plaintiffs' reasonable expenses incurred in making the Motion, if the parties cannot agree on an amount of attorney fees, then Plaintiffs may file a motion to determine the amount of attorney fees, so long as the motion fully complies with Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on September 26, 2018.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Court notes that Plaintiffs also request attorney fees pursuant to Rule 37(a)(5)(A), but the Court need not address this request given that the Court is awarding attorney fees pursuant to Rule 37(b)(2)(C).