# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ORANGE LAKE COUNTRY CLUB, INC.**
**and WILSON RESORT FINANCE,**
**L.L.C.,**

         **Plaintiffs,**

v.                                       Case No:   6:17-cv-1542-Orl-31DCI

**REED HEIN & ASSOCIATES, LLC,**
**SCHROETER GOLDMARK & BENDER,**
**P.S., MITCHELL REED SUSSMAN,**
**BRANDON REED, TREVOR HEIN and**
**THOMAS PARENTEAU,**

         **Defendants.**

## ORDER

It is **ORDERED** that the Clerk shall docket Doc. No. 248-1 as Plaintiffs' Third Amended Complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 5, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party