**U**NITED **S**TATES **D**ISTRICT **C**OURT
**M**IDDLE **D**ISTRICT **O**F **F**LORIDA
**O**RLANDO **D**IVISION

**ORANGE LAKE COUNTRY CLUB, INC.**
**and WILSON RESORT FINANCE,**
**L.L.C.,**

      **Plaintiffs,**

**v.**                                                                                   Case No:   6:17-cv-1542-Orl-31DCI

**REED HEIN & ASSOCIATES, LLC,**
**MITCHELL REED SUSSMAN,**
**BRANDON REED, TREVOR HEIN and**
**THOMAS PARENTEAU,**

      **Defendants.**

## ORDER

This case is before the Court on the Motions for Summary Judgment filed by Plaintiffs and Defendants Reed Hein & Associates, LLC, Brandon Reed, Trevor Hein, and Thomas Parenteau on April 1, 2019 (Docs. 324 and 326, respectively).   The parties will be allowed until **May 3, 2019**, to file responsive memoranda and any materials in opposition to the motions, including affidavits or other documents within the purview of Rule 56, showing that there are genuine issues of material fact in dispute; otherwise the Court may enter Summary Judgment, if appropriate, against the adverse party.  *Milburn v. United States*, 734 F.2d 762, 765 (11th Cir. 1984); *see Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed. R. Civ. P. 56(e).   Reply briefs may be filed, not exceeding ten (10) pages, within 14 days after each response is served.  **The**

**parties shall electronically file all exhibits in support of their papers. The parties will be advised if paper copies of any or all exhibits will be required. The Court prefers transcripts in full-page format.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 2, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party