**IN THE UNITED STATES DISTRICT COURT OF
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| ORANGE LAKE COUNTRY CLUB, INC., et al., | CASE NO.: 17-cv-1542-WWB-DCI |
| Plaintiffs, | |
| v. | |
| REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM; et al., | |
| Defendants. _____/ | |

## NOTICE OF COMPLETE SETTLEMENT

Plaintiffs Orange Lake Country Club, Inc. n/k/a Holiday Inn Club Vacations, Incorporated and Wilson Resort Finance, LLC (collectively, "Plaintiffs") file this Notice of Complete Settlement, and respectfully show unto the Court as follows:

**I.**

On January 11, 2020, Plaintiffs and Defendants Reed Hein & Associates, LLC, Brandon Reed, Trevor Hein, and Thomas Parenteau ("Reed Hein Defendants") entered into a binding agreement settling all claims by and between them in this action. Plaintiffs and Reed Hein Defendants will file a stipulation, joint motion to dismiss, and/or other closing documents requested or required by the Court. However, given the proximity to trial, Plaintiffs and Reed Hein Defendants submit this notice at the earliest possible time. Unless otherwise ordered, counsel for all parties will appear in Court on Monday, January 13, 2020 at 9:00 a.m., at the time currently scheduled for trial.

**II.**

With this settlement, all claims against all parties have been resolved.

## CONCLUSION

Plaintiffs and Reed Hein Defendants request that the Court and all parties take notice of their settlement in this matter, resolving all claims by and between them in this action.

Dated: January 11, 2020

Respectfully submitted,

GREENSPOON MARDER LLP

 */s/ B. Eliot New*
RICHARD W. EPSTEIN (FL Bar No. 229091)
richard.epstein@gmlaw.com
JEFFREY A. BACKMAN (FL Bar No. 662501)
jeffrey.backman@gmlaw.com
B. ELIOT NEW (FL BAR NO. 1008211)
eliot.new@gmlaw.com
200 E. Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone: 954.491.1120
Facsimile: 954.343.6958

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have filed the foregoing with the Clerk of Court via CM/ECF on January 11, 2020.  I further certify that any party that enters an appearance in this matter will receive a copy of this document via CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notice of Electronic Filing.

 */s/ B. Eliot New*
B. Eliot New